Honorable Ricardo Martinez

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> GRIFFIN, et al..... ) <br> GREGORY KEVIN WHITE, ) <br> Defendants. ) | NO. CR07-0027 RSM <br><br> ORDER GRANTING LEAVE <br> TO WITHDRAW |

THIS MATTER having come before the Court upon the motion of James L. Vonasch to withdraw from representation of Gregory White, one of the defendants herein; and it is hereby

ORDERED that the motion is granted and Mr. Vonasch is ordered withdrawn from the representation of Mr. White. It is requested that the staff at the Criminal Justice Act office locate another attorney to represent Mr. White.

DATED this 11 day of September, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:
_/s/_James L. Vonasch_____
James L. Vonasch
WSBA #2353
Attorney for Defendant White

**JAMES L. VONASCH**
*Attorney at Law*
200 Maynard Building
119 First Avenue
Seattle, Washington 98104
(206) 682-1016

ORDER GRANTING LEAVE
TO WITHDRAW (CR07-0027RSM)